JCTAguon.IND

LEONARDO M. RAPADAS
United States Attorney

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 23 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00027 |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | **FELON IN POSSESSION OF** |
| ) | **A FIREARM** |
| ) | [18 U.S.C. §§ 922(g)(1) & 924(a)(2)] |
| JOSEPH CARLOS TAITANO AGUON, ) | |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about the 8th day of May 2001, in the District of Guam, the defendant, JOSEPH CARLOS TAITANO AGUON, having been convicted in the Superior Court of Guam, Territory of Guam on or about February 25, 1999, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit;

\\
\\
\\
\\

-1-

a 9mm, Sturm Ruger Model 85 semi-automatic pistol, serial number 302-25074, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED this 23, ᴗ day of March, 2005.

A TRUE BILL.



Deputy Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

By: _____
JOSEPH F. WILSON
Criminal Chief