AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED
23 MAR 2005 14 00 00    District of _____ GUAM

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| JOSEPH CARLOS TAITANO AGUON | Case Number: CR-05-00027 |

FILED
DISTRICT COURT OF GUAM
APR - 5 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSEPH CARLOS TAITANO AGUON
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with    (brief description of offense)

FELON IN POSSESSION A FIREARM

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1) & 924(a)(2)___

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/23/2005     Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tiyan / Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/05/05 | Walter Gray / SDUSM | |