FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00027 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| JOSEPH CARLOS TAITANO AGUON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 5, 2005.

Dated this 6st day of April, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM