DISTRICT COURT OF GUAM
APR 29 2005
MARY L.M. MORAN
CLERK OF COURT
(8)

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**CASE NO. CR-05-00027** **DATE: 04/29/2005** **TIME: 10:19 a.m.**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge** Law Clerk: Judith Hattori
Court Reporter: Wanda Miles Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:19:57 - 10:34:14 CSO: N. Edrosa

**APPEARANCES**

**DEFT: JOSEPH CARLOS TAITANO AGUON**
(X) PRESENT ( ) CUSTODY (X) BOND ( ) P.R.

**ATTY : KIM SAVO**
(X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID** **AGENT: KEN TORRES, ATF**

**U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON** **U.S. MARSHAL: GREG PEREZ**

**INTERPRETER:** ____________ ( ) SWORN **LANGUAGE:** ____________
( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: ____________, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: 53 HIGH SCHOOL COMPLETED: 12th Grade
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: ____________ at ______
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: FELON IN POSSESSION OF A FIREARM
( ) COUNT(S) ____________ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ____________ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: ____________ FOR RECOMMENDATION.

(X) SENTENCING DATE: AUGUST 2, 2005 at 9:30 A.M. ( ) STATUS HEARING: ____________ at ______
(X) PRESENTENCE REPORT ORDERED AND DUE: JUNE 28, 2005
( ) PRELIMINARY EXAMINATION SET FOR: ____________
( ) ARRAIGNMENT SET FOR: ____________ at ______
( ) TRIAL SET FOR: ____________

USPO
ACKNOWLEDGED RECEIPT
By: ____________
Date: ____________

PROCEEDINGS CONTINUED TO: ____________ at ______
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: ____________ at ______
(X) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Parties and the Court made a pen and ink change to the Indictment: page 2, line 3, replace "922(g)(3)" to read "922(g)(1)". Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea. The Court executed the report and recommendation concerning defendant's plea of guilty. The Court amended defendant's release conditions by removing the condition that defendant maintain or actively seek employment. No objections.