JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
JOSEPH CARLOS TAITANO AGUON

FILED
DISTRICT COURT OF GUAM
JUL 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00027 |
| ) | |
| Plaintiff, ) | LETTERS IN SUPPORT RE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| JOSEPH CARLOS TAITANO AGUON, ) | |
| ) | |
| Defendant. ) | |

Defendant, JOSEPH CARLOS TAITANO AGUON, by and through counsel, Kim Savo,

Assistant Federal Public Defender, respectfully submits the attached letters for the Court's

consideration in sentencing.

DATED: Mongmong, Guam, July 20, 2005.

KIM SAVO
Attorney for Defendant

ORIGINAL

Dear Your Honor,

My name is Joseph T. Aguon, a former inmate at the Department of Corrections and currently living under probationary provisions. I am writing to you in the hopes that I may continue my probation without further incarceration, due to charges that may still be pending. I am also writing to you with the intention to gain permission to travel to Henderson, Nevada to visit my grandsons whom I have yet to see since their births and to travel with my son, Tony along with his family for my grandson's surgery which will be scheduled in January at the Children's Hospital in Los Angeles, California.

It is with regret, that my life was the way it was. I made wrong choices and the ramifications of those choices is what I live with everyday. I regret every moment I spent incarcerated; however I knew that my actions warranted everything I endured then. There is not one day that goes by that I regret the past, however, it is through this experience that I've learned to appreciate my life now and those around me.

During the time I was confined, I missed moments I will never be able to relive. The marriages of my only two sons, Tony and Troy, the births of their children, my grandchildren, Triston John, Ethan Joseph, Quipuhua Elijah, Savanna Dee and Kino Aguon, countless birthdays and other memorable occasions. I live with this regret every single day and am trying endlessly to replace them with memories I can be proud of.

Imprisonment left me with time to reevaluate my life and where it was going. As I succumbed to depression and repent for what I was experiencing, I found other ways to utilize my time and expand on the effort to change my life. I enrolled into many workshops and programs provide by the Department of Corrections for that endeavor. The following is a list of programs that I have been awarded for as a participant:

- Personality Modification Program (Perfect attendance award)
- Conquering Chemical Dependency (Perfect attendance award)
- Christ Centered 12 steps program to conquering chemical dependency (Completion of 100 Hours)
- Relapse Prevention Program (36 hours)
- Making Peace with you Past (Six month completion)
- Human Sexuality Program (33 Hours Completion)

- Improving Communication Skills Program (36 Hours Completion)
- Drug Education Program (Completion)
- Emotional Control Program (Perfect Attendance)
- Emotional Control Program (36 Hours completion)
- Drug and Alcohol Program (36 hours completion)
- Personality Modification Program (35 Hours Completion)
- Conflict Resolution and Anger Management Program (35 Hours completion)
- Basic Computer for Beginners (30 Hours Completion)
- Decriminalization Process Program (36 Hours Completion)
- Decriminalization Process Program (Perfect Attendance)
- Drug and Alcohol Residential Treatment Program/Aftercare (Participation)
- Parolee Aftercare Program (6 Months Completion)
- Intense Therapeutic Program (3088 Hours Completion/Recovery training)

As a result of participating in these courses, I have learned to live life in a different manner. Since my release, I have done everything in my power to reestablish myself in society, my life as a husband, as a father and as a grandfather. Although I may never be able to change the past I can only hope and pray that the changes I make now will affect my future in a positive way. I am currently fulfilling my community service as a volunteer at the SanVicente Church in Barrigada fulfilling custodial duties and assistance to the patrons of the church community. I consider myself to be a supportive husband, who willingly takes the time to protect and build on the vows I made to my wife, Dolores approximately 33 years ago. I live every day strengthening the bond that was once lost because of my addiction and abuse, with my oldest son Tony, assisting him in tasks such as mowing the lawn, building a storage, mixing cement or just talking. I make many attempts to speak with my son Troy, who resides in the mainland, just as a token of regret of my past choices. Because of my shortcomings as a father, I live as a doting grandfather to my grandchildren. I attend numerous award ceremonies, school functions and seasonal programs. I assist in taking them to and from school and numerous babysitting days and nights. Nightly dinners are a common thing with my family and my new way of life.

Your honor, I humbly ask that you consider the changes that I have made for my family and myself and that you grant me the opportunity to continue what I have begun, a positive change and a better future.

Sincerely,

Joseph T. Aguon

May 23, 2005

Dear Your Honor,

    I am Dolores C. Aguon, wife of Joseph T. Aguon, who is requesting to travel later on this year. I write this letter to implore that my husband be granted the ability to travel to see our grandsons, whom we have yet to see since they were born.

    These past months, my husband Joseph, has demonstrated remorse for what he has done to himself and those who have been affected by his behavior. Presently, he has portrayed a more positive lifestyle in which others have commended him for. He reports to his probation officer as required and has passed his tests with negative results as warranted by terms of his release.

    He has portrayed the fun, loving, nurturing and caring aspects of a grandfather to our grandchildren, with daily visits, nightly dinners and many babysitting opportunities. He consistently reports to his job site at the San Vicente Church in Barrigada and does various other jobs in the community under the supervision of David Cruz, whom will gladly attest to a positive and trustworthy conduct of work.

    In addition, he has repeatedly made improvements to our home and its surroundings. He has placed time, effort and long hours into completing a storage room, patio area, surrounding sidewalk and a soon to be sporting ground for our grandchildren.

Our grandchildren have grown closer to us because of his presence in our lives. I feel that my husband, Joseph, is reminded every day of the time lost with his grandchildren and children, in which he makes every effort to regain.

    With this, I humbly request that we be allowed this opportunity, to see our son, grandsons and daughter-in-law in Las Vegas, Nevada. I understand that my husband has made mistakes and that regaining the trust and honor may take time, but let this be our time, our time to try to correct what has been done. Thank you for your time and your consideration.

Sincerely,

*Dolores C Aguon*
Dolores C. Aguon

Dear Your Honor,

My name is Tony Aguon and I am the son of Mr. Joseph T. Aguon. Since my father was released last year, I have seen a dramatic difference in his attitude towards life and a firm commitment towards full rehabilitation. Previous to his release, my father was confined for failure to comply with the conditions of his probation. At that time, he was still having trouble with substance abuse. Since his current release, I don't see him having the same problems as before. In fact, he is highly committed to fulfilling the conditions of his parole, dedicated to substance abuse rehabilitation and is enthusiastic about participating in social and family activities. Obviously, his rehabilitation has been long and at times questionable. However, I believe that my father has taken a turn for the better. I believe that he is ready to rejoin society fully and is well on his way to full recovery. With the current conditions the way they are **(parole instead of incarceration),** our family with the help of the correctional department can make my fathers rehabilitation a success. Thank you for your time and I hope we can work together to achieve my fathers full recovery.

Tony C. Aguon

Dear Your Honor,

My name is Krisinda Calvo Aguon, daughter in law of Mr. Joseph T. Aguon. I am pleased to write this on behalf of my father in law to ascertain the positive changes he has made to his life as well as mine and my family. Since his release he has graced us with his constant presence and contribution to our lives. My children enjoy their "Papa", as does Mr. Aguon as he makes every effort to be a positive part of their growth.

I am not an advocate for substance abuse and I would never tolerate that presence in our lives, however, I am an advocate for positive reform and second chances. My father in law has taken this chance to change and change he has proved. His constant "grandfathering" to my children makes me proud. He consistently partakes in any and all activities concerning his grandchildren. From birthday parties, awards days, Sunday dinners, watching movies and yard cleaning, to name a few. Should anyone see him now, they would be pleased, as I am.

His presence in my life as a father in law is also something to commend. He is there at my beckon call. Whatever he can do, he will. Picking up his grandsons from school, when I am scheduled for a meeting and his granddaughter from daycare, when we won't make it on time, "Papa" will do it.

Your Honor, I humbly request that you consider the growth that I have portrayed through this letter. Although I am not particularly fond of what he has done, I am happy to see the progress that he has made and continue to support such efforts. He is an important part of our lives and although I cannot predict any failures, we can only hope for the best. Through continual monitoring and high expectations, I am sure we can work collaboratively to make a better life for all of us, including my father in law, Mr. Joseph T. Aguon.

Sincerely,

Krisinda C. Aguon

July 20, 2005

FROM:      David I.F. Cruz
              Community Service Coordinator
              San Vicente/San Roke Catholic Church
              229 San Roke Drive
              Barrigada, GU  96913

Your Honor:

I am writing on behalf of Mr. Joseph Taitano Aguon, a parolee, assigned to San Vicente Church in Barrigada, by the Guam Parole Services Division, Department of Correction, since July 2004. Mr. Aguon's primary task was to perform community service. He was tasked to performance general maintenance in and around the Church, such as painting, bush cutting, water blasting, light electrical and cement work, floor buffing, and many more.

Mr. Aguon's community service to the Parish of San Vicente Catholic Church has been non-other than excellent in the performance of his assigned duties. Furthermore, his interaction with the staff of San Vicente Church has been nothing less than respectful, courteous, polite and generous. He is well liked by the staff, and can be counted on in accomplishing the task at hand.

We, therefore, would like to extend Mr. Aguon's community service here in San Vicente Catholic Church. Should you have any questions regarding Mr. Aguon's performance, please do not hesitate to contact me at the San Vicente Church, 734-4573 or 456-1980.

Sincerely,

DAVID I.F. CRUZ

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 25, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


STEPHEN GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 25, 2005.

_____
ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for Defendant
JOSEPH CARLOS TAITANO AGUON