# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>vs.<br><br>Joseph Carlos Taitano Aguon,<br><br>           Defendant. | Case No. 1:05-cr-00027<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Judgment filed August 10, 2005* on the dates indicated below:

*U.S. Attorney's Office*           *Federal Public Defender*
*August 10, 2005*                  *August 10, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Judgment filed August 10, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005                    /s/ Leilani R. Toves Hernandez
                                                                      Deputy Clerk