UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH CARLOS TAITANO AGUON, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 05-00027-001<br><br>**REQUEST TO TRAVEL** |

  On August 2, 2005, Joseph Carlos Taitano Aguon was sentenced by the Honorable Consuelo B. Marshall, Designated Judge for the District Court of Guam, for the offense, to wit: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He was ordered to serve three years probation with conditions as follows: not possess a firearm, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from the use of any and alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalysis within 60 days thereafter; participate in a program for assessment and treatment of drug or alcohol dependency which will include testing and a co-payment as determined by the U.S. Probation Office; and perform 400 hours of community service. Mr. Aguon's term of probation is scheduled to terminate on August 1, 2008.

  On February 4, 2008, Mr. Aguon reported to the U.S. Probation Office and requested to travel to the Republic of the Philippines from March 1, 2008 to March 9, 2008, so he can accompany his wife, Dolores Aguon, who was medically referred to St. Luke's Medical Center.

Request to Travel
Re: AGUON, Joseph CarlosTaitano
Criminal Case No. 05-00027-001
February 14, 2008
Page 2

Mr. Aguon's adjustment under supervision has been positive. He has completed all conditions which were imposed at the Sentencing hearing and this is his first travel request. Based on Mr. Aguon's compliance, this Officer supports the request to travel and seeks the Court's approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Joseph Carlos Taitano Aguon**
Criminal Case #05-00027-001
SSN: XX-XXX-0207
DOB: XX-XX-1951
HT: 5'4" / WT: 145 lbs.



DATE  February 14, 2008

YOU ARE AUTHORIZED TO TRAVEL TO:  **Republic of the Philippines**

FROM  **March 1, 2008**  AND RETURNING  **March 9, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Accompany wife, Dolores C. Aguon, for medical referral to St. Luke's Medical Center**

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME:
ADDRESS

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

☐ Approved    ☐ Disapproved