| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**Joseph Carlos Taitano Aguon**
Criminal Case #05-00027-001
SSN: XX-XXX-0207
DOB: XX-XX-1951
HT: 5'4" / WT: 145 lbs.

DATE     February 14, 2008

YOU ARE AUTHORIZED TO TRAVEL TO:     **Republic of the Philippines**

FROM     **March 1, 2008**     AND RETURNING     **March 9, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Accompany wife, Dolores C. Aguon, for medical referral to St. Luke's Medical Center**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.   **Immediately report any change in your travel plans to the U.S. Probation Office.**

2.   **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

NAME:     [X] **Approved**     [ ] **Disapproved**
ADDRESS

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Feb 15, 2008