PROB 34
(3/07)    **Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT
FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.    CRIMINAL CASE NO. 05-00027-001

JOSEPH CARLOS TAITANO AGUON

It appearing that the above-named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **August 1, 2008,** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   Russell C. Stoddard or designee, AUSA
      John T. Gorman, Federal Public Defender
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.