| PROB 34 (3/07) | **Report and Order Terminating Probation** |
|---|---|

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 05-00027-001 |
| JOSEPH CARLOS TAITANO AGUON | |

It appearing that the above-named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **August 1, 2008,** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Russell C. Stoddard or designee, AUSA
John T. Gorman, Federal Public Defender
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Aug 22, 2008